IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| OSBALDO J. NICOLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15 C 0964 |
| | ) | |
| NATHAN BERRY; WILLIAM QUALLS; | ) | Judge J. Phil Gilbert |
| JUSTIN SNELL; MATTHEW PURDOM; | ) | |
| ROBERT HUGHES; JASON HART; | ) | |
| RICHARD HARRINGTON; KIMBERLY | ) | |
| BUTLER AND AIMEE LANG, | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## EXHIBIT LIST

Ex. 1   Plaintiff Dep

Ex. 2   Qualls Dep

Ex. 3   Snell Dep

Ex. 4   Diaz Dep

Ex. 6   Lang Dep

Ex. 7   Inmate Injury Report

Ex. 8   Berry Dep

Ex. 9   Disciplinary Tickets

Ex. 10  Inmate Personal Property Receipt

Ex. 11  Final Summary Report

Ex. 12  Hughes Dep

Ex. 13  Hart Dep