```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ILLINOIS
 2                    EAST ST. LOUIS DIVISION

 3   OSBALDO J. NICOLAS,                  )
                                          )
 4                 Plaintiff,             )
                                          )
 5      vs.                               ) No. 15 CV 0964
                                          )
 6   NATHAN BERRY; WILLIAM QUALLS;        )
     JUSTIN SNELL; MATHEW PURDOM;         )
 7   ROBERT HUGHES; JASON HART;           )
     RICHARD HARRINGTON; KIMBERLY         )
 8   BUTLER; and AMY LANG,                )
                                          )
 9                 Defendants.            )

10

11         The videoconference deposition of JUSTIN

12   LAWRENCE SNELL, taken pursuant to the Federal Rules

13   of Civil Procedure, before Suzanne Thalji,

14   Certified Shorthand Reporter No. 084-002337, at 20

15   North Clark Street, Suite 1260, Chicago, Illinois,

16   on Monday, July 31, 2017, commencing at

17   10:48 o'clock a.m. pursuant to notice.

18

19

20

21

22

23

24
```

Exhibit 3

JUSTIN SNELL, 07/31/2017

Page 33

```
 1  recall anything untoward happening.  Nobody cursed
 2  at you.  Nobody created any sort of disruption or
 3  refused your orders, nothing like that?
 4       A.   Best of my knowledge and memory of the
 5  incident, whenever they were ordered to go to seg,
 6  there was no incidents at all other than when they
 7  were in the cage and being disruptive with the
 8  lines coming in as the paperwork says.
 9       Q.   Okay.  So at the time that they were in
10  the holding cell and before they were escorted out
11  to segregation, you never saw anybody punch either
12  inmate, correct?
13       A.   Correct, absolutely not.
14       Q.   You never saw anybody kick either
15  inmate?
16       A.   Correct.
17       Q.   And you never saw then either of the
18  two inmates being taken into the shower area?
19       A.   Absolutely not.
20       Q.   Okay.  Is there any reason that an
21  inmate would be taken into the shower area by a
22  guard before going to segregation?
23       A.   No.
24       Q.   Are there video cameras within the west
```

Urlaub Bowen & Associates, Inc.   312-781-9586

Exhibit 3