```
 1              THE IN UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                       EASTERN DIVISION

 3   OSBALDO J. NICOLAS,            )
                                    )
 4             Plaintiff,           )
                                    )
 5        vs.                       )    No. 15 CV 0964
                                    )
 6   NATHAN BERRY; WILLIAM          )
     QUALLS; JUSTIN SNELL;          )
 7   MATHEW PURDOM; ROBERT          )
     HUGHES; JASON HART;            )
 8   RICHARD HARRINGTON;            )
     KIMBERLY BUTLER; and           )
 9   AIMEE LANG,                    )
                                    )
10             Defendants.          )

11          The videoconference deposition of EDGAR

12   C. DIAZ, taken pursuant to the Federal Rules of

13   Civil Procedure, before Kathleen A. Hillgard,

14   Certified Shorthand Reporter No. 084-004093, at

15   20 North Clark Street, Chicago, Illinois, on

16   Thursday, August 3, 2017, commencing at 9:03 a.m.

17   pursuant to notice.

18         APPEARANCES:

19            LOEVY & LOEVY, by
              MS. JULIE GOODWIN
20            (311 North Aberdeen Street, 3rd Floor
               Chicago, Illinois  60607
21             312.243.5900
               julie@loevy.com)
22                appeared on behalf of the plaintiff;

23


24
```

Exhibit 4

EDGAR C. DIAZ, 08/03/2017

Page 25

```
 1      A.   Like to walk through and shit, but it's
 2   not part of the shower.
 3      Q.   Okay.
 4      A.   As far as like basically where the cage
 5   where the COs be at.
 6      Q.   Okay.  Now, when -- now, at the time
 7   that Osbaldo Nicolas was dragged in that direction
 8   then, you could hear the roughing up or the
 9   beating, correct?
10      A.   The feet, like I don't know, stomping
11   or whatever you want to call it, stuff like that.
12      Q.   Did you hear any shouting, like did you
13   hear the guards shouting?
14      A.   No.
15      Q.   Okay.  Did any guards stay by you?
16      A.   They -- at the time I didn't know -- at
17   the time I didn't know the names really of the COs.
18   That's why when I seen like the case name of the --
19   of this you had sent me, it was something about
20   Berry, I was like, He had nothing to do with it.
21   He was holding me down.  He was the one that was
22   like -- put me against the other wall.
23               And then at the -- at the time,
24   another CO -- now I know his name because I'm more
```

Urlaub Bowen & Associates, Inc.   312-781-9586

Exhibit 4

EDGAR C. DIAZ, 08/03/2017

Page 51

```
 1      Q.    Okay.
 2      A.    That's what they said.  They came into
 3  the cell.  Intel came into the cell to conduct an
 4  STG activity investigation.  So by them writing
 5  that, they're like, oh, okay, we can use impeding
 6  an investigation, and they wrote me two separate
 7  tickets for one incident.
 8      Q.    Okay.  And I'm not asking whether you
 9  necessarily did all these things, but you have been
10  charged and found either not guilty or guilty of
11  these charges that are on these pages, 415 and 416,
12  correct?
13      A.    All of this?
14      Q.    Yeah.
15      A.    Yeah.
16      Q.    Okay.  Back in February of 2014, did
17  you and Mr. Nicolas have hooch in your cell?
18      A.    I mean, yeah.
19      Q.    Okay.  Now, this was like, what, three
20  days after the Superbowl, is that -- is that why
21  you guys had it in there?
22      A.    No.  Yeah.  Yeah.
23      Q.    Okay.
24      A.    It was mine.
```

EDGAR C. DIAZ, 08/03/2017

Page 52

```
 1      Q.    It was yours?
 2      A.    Yeah.
 3      Q.    Did you ever admit that it was yours so
 4   that he didn't get charged with it?
 5      A.    No.
 6      Q.    Okay.  Why not?
 7      A.    I don't know.
 8      Q.    What about a TV in the cell that was
 9   altered?
10      A.    That was my TV.  I actually -- I
11   actually had him fix it because we -- they take the
12   speakers out of the TVs so we can't have no
13   speakers, so we got to buy by headphones.  They
14   make us buy headphones, basically.  So my jack, my
15   headphone jack was messed up, so I had him fix it.
16   I paid him to fix my TV.  And it just so happened
17   that they came in the cell and shook down, took my
18   TV too.
19      Q.    Okay.  Did you ever tell anyone that
20   that was your TV, that --
21      A.    I mean, they knew.  They -- they knew
22   that was my TV because it had my name on it.  It
23   was a legit TV.
24      Q.    It was your TV, but Mr. Nicolas is the
```

Urlaub Bowen & Associates, Inc.   312-781-9586

Exhibit 4

EDGAR C. DIAZ, 08/03/2017

Page 53

```
 1  one that altered it for you?
 2        MS. GOODWIN:  Objection to form.
 3        THE WITNESS:  You know, I mean, I mean, why
 4  would I pay the IDOC to fix my TV when I can fix it
 5  myself?
 6  BY MS. JENNINGS:
 7        Q.   Okay.  But you didn't fix it.  It was
 8  Mr. Nicolas who fixed it; is that correct?
 9        A.   Yeah.
10        Q.   Okay.  What did you pay him with, money
11  or commissary?
12        A.   I forgot --
13        Q.   Okay.
14        A.   -- exactly what I ...
15        Q.   Okay.  So while the cell was being
16  shaken down or after, when -- I guess when did you
17  go to the cage?  Was it while the cell was being
18  shaken dawn or after you returned from chow and
19  they told you it been shaken down?
20        A.   Everybody was coming down up the stairs
21  back to the 7 gallery, and they kept saying the
22  name, a Hispanic name, right, which I don't know.
23  It wasn't mine or his.  Because he has two first
24  names, so I be getting it confused.  They're both
```

EDGAR C. DIAZ, 08/03/2017

Page 61

```
 1  you to segregation, or you don't recall?
 2       A.    No.
 3       Q.    It was another officer?
 4       A.    Yeah.
 5       Q.    Do you know who Officer Purdom is?
 6       A.    Yeah.  He was there, but he was just
 7  watching.  He had 8 gallery, stripe gallery.
 8       Q.    So where was he at while Mr. Nicolas
 9  was in the shower area with Sergeant Qualls?
10       A.    Just watching right there by where I
11  was.  He didn't go nowhere near the shower, though.
12       Q.    Okay.  He was by where you were?
13       A.    Yeah.
14       Q.    Were there any other COs in the area?
15       A.    Yeah.  They were all right there.  You
16  know, they all stand by wherever the lines are
17  going to pass by, so they just be watching.
18       Q.    Were lines passing by still at this
19  point?
20       A.    No.  They had just ran the line, so
21  they were going to be gone for a minute.
22       Q.    Can you think of any other names of
23  other officers who were there?
24       A.    No.
```

Urlaub Bowen & Associates, Inc.   312-781-9586

Exhibit 4