

EXHIBIT # 1
WIT: Lang
DATE: 6-28-17
Barbara A. Finn-Figliulo, CSR, RPR

Facility: Menard Corr Center

## State of Illinois – Department of Corrections

### INMATE INJURY REPORT

Inmate's Name: Jose Nicolas Osbaldo  Inmate's Number: R72183
Age: 28  Birthdate: 3/29/85  Sex: M  Race: Hispanic

N 6-18

Date of Injury: 2/5/14  Time: approx 1130A

Location: Front Street in front of General Store Door

How Did Injury Occur? Fell on ice on concrete walking from West cell house to N2

Was it Job Related? No

Was It Witnessed by Staff? (Yes)/No  If Yes, Then List Names: Sgt Qualls

Any Suggestions by Staff or Inmate for Prevention of Recurrence: (circle) Staff/(Inmate)
Use Caution

Signature of Individual Preparing Report

Date: 2/5/14

(Medical Report on Reverse Side)

DC 7111-IA1
IL 426-0023 (3-90)   Printed on recycled paper

PL 000092

Exhibit 7

Inmate's Name _Jose - Nicolas_

## INMATE INJURY REPORT

Time of medical evaluation __1155__ (a.m.) / p.m.   Date __2/5/14__

Physician Notified _____ a.m. / p.m.   Date _____

S (Inmate Account) "My head hurts, Lt. wrist, Rt. jaw, & legs."

O (Objective Findings)
Vitals T ___ P ___ R ___ BP ___ — Unable to assess D/T location/Uncooperative  Tetanus ___
- Superficial abrasion noted to Lt. side forehead/hairline, ∅ bleeding noted
- ∅ swelling, bruising, bleeding, deformities noted to jaw (Rt), Lt. wrist, or bilateral thighs
- NAD noted, ∅ other injuries noted. A+O x 3

A (Evaluation of Injury) _Post Fall_

P (Treatment and Follow-up) _F/u PRN_

Disposition of Patient: ☐ Return to Assignment  ☒ Housing Unit  ☐ Lay-In  ☐ MD
☐ Infirmary  ☐ Off Site Referral for Treatment - Destination _____

_Signature and Title_

I have reviewed this report and would like to see this inmate:
☐ immediately  ☐ next sick call  ☐ PRN.

_____ M.D.
Signature

_____
Date

PL 000093

Exhibit 7