N24-04

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Disciplinary Report**

Type of Report: ☒ Disciplinary ☐ Investigative
Facility: Menard
Date: 2-5-14

Offender Name: Jose Nicolas
ID #: R72183

Observation Date: 2-5-14  Approximate Time: 1130 ☒ a.m. ☐ p.m.  Location: WCH

Offense(s): DR 504: 304 Insolence 403 Disobeying Direct order

Observation: On the above date and approx. time this Reporting Sgt had placed I/m Jose-Nicolas in the Gym side holding cell. Inmate Jose-Nicolas continuously Interfered with Line movement (Rec, Commissary, Chow) as they went by I/m Jose-Nicolas was told to stop and have a seat, to which he responded "Fuck That" Inmate Jose-Nicolas was Cuffed and taken to N2 Seg. Lt Payne and Major Thomas Notified. Inmate Ided by ID card and OTS

Witness(es): C/O Snell & Berry

Reporting Employee (Print Name): Sgt Qualls   Badge #: 4021   Signature: Sgt [sig]   Date: 2-5-14   Time: 1230 ☒ a.m.

**Disciplinary Action:**

Shift Review: ☒ Temporary Confinement  ☐ Investigative Status  Reasons: nature of offense

Printed Name and Badge #: Rees 791
Shift Supervisor's Signature: [sig]
Date: 2-5-14

Reviewing Officer's Decision: ☒ Confinement reviewed by Reviewing Officer  Comment: I concur
☒ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ Minor Infraction, submitted to Program Unit

Print Reviewing Officer's Name and Badge #: [sig]
Reviewing Officer's Signature: [sig]
Date: 2-5-14

☐ Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only):

Print Hearing Investigator's Name and Badge #: [sig]
Hearing Investigator's Signature: [sig]
Date: 2/7/14

Procedures Applicable to all Hearings on Investigative and Disciplinary Reports
You have the right to appear and present a written or oral statement of explanation concerning the charges. You may present relevant physical material such as records or documents.

Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☒ Check if offender refused to sign

Serving Employee (Print Name): Bryan Easta
Offender's Signature:
Badge #: 9339
ID#: [sig] B. Easta

Date Served: 2/6/14   Time Served: 4:40 ☐ a.m. ☐ p.m.

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offender's Signature: _____  ID#: _____

-----------------------------------------------------

(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)

Date of Disciplinary Report: _____  Print offender's name: _____  ID#: _____

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date.

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|
|  |  |  |  |

Witness can testify to: _____

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|
|  |  |  |  |

Witness can testify to: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Disciplinary Report**

Type of Report: [X] Disciplinary  [ ] Investigative
Facility: Menard
Date: 2-5-14

Offender Name: Jose-Nicolas, Oslal
ID #: R72183

Observation Date: 2-5-14   Approximate Time: 11:15 [X] a.m. [ ] p.m.   Location: West Cell house

Offense(s): DR 504: 203. Drugs and Drug Paraphernalia, 202. Abuse or Misuse of Property

Observation: (NOTE: Each offense identified above must be substantiated.) On the above date and approx. time this R/O was undergoing a routine shakedown and found the following. 5 bottles of homemade intoxicants "7% per intol unit" one needle in box #005551 one altered KTV. Notified Sgt. Qualls and Lt. Page. Identified by ID and OTS. EOR

Witness(es): Snell 3447

Reporting Employee (Print Name): Nathan Rom   Badge #: 6861   Signature   Date: 2-5-14   Time: 2:47 p.m.

**Disciplinary Action:**

Shift Review: [X] Temporary Confinement  [ ] Investigative Status   Reasons: nature of offense
Printed Name and Badge #: Kees 71   Shift Supervisor's Signature   Date: 2-5-14

Reviewing Officer's Decision: [X] Confinement reviewed by Reviewing Officer   Comment: I concur
[X] Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
[ ] Minor Infraction, submitted to Program Unit
Print Reviewing Officer's Name and Badge #: Nay Doe 652   Reviewing Officer's Signature   Date: 2-5-14

[ ] Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only):
Print Hearing Investigator's Name and Badge #   Hearing Investigator's Signature   Date: 4/7/14

Procedures Applicable to all Hearings on Investigative and Disciplinary Reports
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

[X] Check if offender refused to sign
Serving Employee (Print Name): Bryan Fast   Badge #: 4339   Signature   ID#: B-fast
Date Served: 2/6/14   Time Served: 636 [ ] a.m. [X] p.m.

[ ] I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offender's Signature   ID#

--- (Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing) ---

Date of Disciplinary Report   Print offender's name   ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date.

Print Name of witness   Witness badge or ID#   Assigned Cell (if applicable)   Title (if applicable)
Witness can testify to:

Print Name of witness   Witness badge or ID#   Assigned Cell (if applicable)   Title (if applicable)
Witness can testify to:

Page ___ of ___
Distribution: Master File
DOC 0317 (Rev 2/2007)