# INMATE PERSONAL PROPERTY RECEIPT

DATE: 7/29/08

TO: FILE _____

FROM: PERSONAL PROPERTY OF INMATE:

NAME: Jose-Nicolas   NUMBER: R72183

ON THIS DATE AS A   (CHECK ONE)

- ____ NEW RESIDENT
- ____ ROUTINE CELL TRANSFER
- ____ DISCIPLINARY SEG TRANSFER
- ____ P.C. SEG TRANSFER
- ____ WRIT RETURN
- ____ FURLOUGH RETURN
- ____ HEALTH CARE UNIT TRANSFER
- ____ MSU TRANSFER
- ____ MSU RETURNEE
- ____ PSYCHIATRIC DIVISION TRANSFER
- ____ EMERGENCY TRANSFER
- __X__ INSTITUTIONAL TRANSFER  /BAG - STA
- ____ OTHER (SPECIFY)

I HAVE RECEIVED ALL OF MY PERSONAL PROPERTY.

X _Osbaldo Abran_____        X _R72183_____
(INMATE'S SIGNATURE)            (INSTITUTIONAL NUMBER)

_____        _____
(WITNESS)                    (WITNESS)

WAS PROPERTY MAILED HOME?           ____ YES   ____ NO
WAS ANY PROPERTY PLACED IN STORAGE?  ____ YES   ____ NO
IF YES SEE ATTACHED

PROPERTY CHECKED   X  Osbaldo Nicolas R72183
PROPERTY NOT CHECKED _____

R 428-0014 — DCA 16100

Nicholas v. Berry, et al., (15-964)            IDOC Doc. No. 000204

Exhibit 10

Resident: Nicolas _____ Resident #: R72183  Date: 5-21-12

## PERMIT ITEMS

Television: RCA

Radio: _____

Typewriter: _____

Fan: _____  Headphones: _____

Razor: Norelco  Lamp: Clamp lamp

Watch: Casio  Jewelry: _____

Trimmer: Con Air  Calculator: _____

___ Adapters    ___ Cable Connectors   2 Headphone Extension ___
___ Audio Jacks ___ Correction Ribbon  ___ Light Bulbs         ___
___ Batteries   2 Earphones            ___ Night Light         ___
___ cables      1 Extension Cord       ___ Splitters           ___
___ Cassettes   ___ Head Cleaner       ___ Typewriter Ribbons  ___

## ART SUPPLIES

___ Art Boards   m✓ Art Paper   ___ Art Pens   ___ Charcoals   ___ Color Markers
m✓ Color Pencils  m✓ Erasers   1 Glue   ___ Pastels   ___ Paints   ___ Ruler
m✓ Paint Brushes: Sketch Pop

## MISCELLANEOUS

_____

_____

_____

_____

_____

_____

I HEREBY CERTIFY THAT THE PERSONAL PROPERTY SHEETS I AM SIGNING CONTAINS
A TRUE AND COMPLETE LIST OF MY PERSONAL PROPERTY:

Resident: Jose Nicolas   #: R72183

Date: _____

Checking Officer: Hood   Witness: _____

Listed By: _____  Property Box #: 028354  Correspondence Box #: 555660

Total Number Boxes: _____

DCA 5630-1-A
IL 426-0568 Nicholas v. Berry, et al., (15-964)

PAGE 2 OF 2

IDOC Doc. No. 000205

Exhibit 10