## STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

Name: JOSE-NICOLAS, OSBALDO  
IDOC Number: R72183  
Race: HSP  
Hearing Date/Time: 2/10/2014 12:16 PM  
Living Unit: MEN-N2-02-27  
Orientation Status: N/A  
Incident Number: 201400152/1 - MEN  
Status: Final

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 2/5/2014 | 201400152/1-MEN | BERRY, NATHAN J | WEST CELLHOUSE | 11:15 AM |
| 2/5/2014 | 201400152/2-MEN | QUALLS, WILLIAM D | WEST CELLHOUSE | 11:30 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 202 | Damage Or Misuse of Property | Guilty |
| 203 | Drugs & Drug Paraphernalia  Comments: 5 BOTTLES OF HOMEMADE INTOXICANTS | Guilty |
| 304 | Insolence | Guilty |
| 403 | Disobeying A Direct Order | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

No Witness Requested

### RECORD OF PROCEEDINGS
INMATE JOSE-NICOLAS PLED NOT GUILTY TO THE CHARGES.

### BASIS FOR DECISION
BASED ON, R/O CONDUCTED A SHAKE DOWN OF INMATE JOSE-NICOLAS R72183 CELL AND FOUND 5 BOTTLES OF HOMEMADE INTOXICANTS WITH A 7% ALCOHOL CONTENT TESTED BY INTERNAL AFFAIRS AND NEEDLE ALL FOUND IN PROPERTY BOX #008851. ALSO FOUND ONE ALTERED TV. JOSE-NICOLAS WAS PLACED IN THE HOLDING CELL AND FAILED TO COMPLY WITH A DIRECT ORDER GIVEN BY REPORTING SGT. TO TAKE A SEAT. JOSE-NICOLAS STATED TO REPORTING SGT., "FUCK THAT." I.D. BY I.D. CARD AND OTS. WITNESSES OFFICER SNELL AND OFFICER BERRY STATED I.D.R. IS CORRECT AS WRITTEN.

### DISCIPLINARY ACTION (Consecutive to any priors)

| RECOMMENDED | FINAL |
|---|---|
| 6 Months C Grade | 6 Months C Grade |
| 6 Months Segregation | 6 Months Segregation |
| 6 Months Commissary Restriction | 6 Months Commissary Restriction |
| 6 Months Contact Visits Restriction | 6 Months Contact Visits Restriction |

Basis for Discipline: NATURE OF OFFENSE

### Signatures
### Hearing Committee

| | Signature | Date | Race |
|---|---|---|---|
| HUGHES, ROBERT E - Chair Person | | 02/10/14 | WHI |
| HART, JASON N | | 02/10/14 | BLK |

Recommended Action Approved

Final Comments: N/A

Run Date: 2/19/2014 08:05:14    Page 1 of 2

Osbaldo/Nicolas v. Berry, et al. (15-964)    IDOC Doc. No. 000044

Exhibit 11

**STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS**
**ADJUSTMENT COMMITTEE**
**FINAL SUMMARY REPORT**

Name: JOSE-NICOLAS, OSBALDO  IDOC Number: R72183  Race: HSP
Hearing Date/Time: 2/10/2014  12:16 PM  Living Unit: MEN-N2-02-27  Orientation Status: N/A
Incident Number: 201400152/1 - MEN  Status: Final

RICHARD HARRINGTON / KSB  2/18/2014                          02/18/14
Chief Administrative Officer                Signature                Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

Employee Serving Copy to Committed Person        When Served -- Date and Time

Run Date: 2/19/2014 08:03:14        Page 2 of 2

Osbaldo/Nicolas v. Berry, et al. (15-964)        IDOC Doc. No. 000045

Exhibit 11