```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                        EASTERN DIVISION

 3   OSBALDO J. NICOLAS,             )
                                     )
 4               Plaintiff,          )
                                     )
 5         vs.                       )   No. 15 CV 0964
                                     )
 6   NATHAN BERRY; WILLIAM           )
     QUALLS; JUSTIN SNELL;           )
 7   MATTHEW PURDOM; ROBERT          )
     HUGHES; JASON HART;             )
 8   RICHARD HARRINGTON;             )
     KIMBERLY BUTLER; and            )
 9   AIMEE LANG,                     )
                                     )
10               Defendants.         )

11         The videoconference deposition of ROBERT

12   HUGHES, taken pursuant to the Federal Rules of

13   Civil Procedure, before Nicole M. Cheney, Certified

14   Shorthand Reporter No. 084-004744, at 20 North

15   Clark Street, Suite 1260, Chicago, Illinois, on

16   Friday, August 4, 2017, commencing at 8:58 a.m.,

17   pursuant to notice.

18         APPEARANCES:

19              LOEVY & LOEVY, by
                MS. JULIE GOODWIN
20              (311 North Aberdeen Street, 3rd Floor
                 Chicago, Illinois  60607
21               312.243.5900
                 julie@loevy.com)
22                 appeared on behalf of the plaintiff;

23


24
```

Exhibit 12

ROBERT HUGHES, 08/04/2017

Page 38

```
 1      Q.    Okay.  And you don't recall one way or
 2   the other then whether Mr. Nicolas is proficient in
 3   the English language, correct?
 4      A.    No, I do not know that.
 5      Q.    Aside from any statements that may
 6   be written on this form, you don't independently
 7   recall anything that he said during the hearing,
 8   correct?
 9      A.    That is correct.
10      Q.    You don't recall if he handed you any
11   notes during the hearing?
12      A.    Nope, I do not recall.
13      Q.    And you don't recall if he asked for
14   time to interview any witnesses, correct?
15      A.    Nope, I do not recall.
16      Q.    Okay.  You likewise do not recall who
17   Edgar Diaz is, correct?  An inmate at Menard.
18      A.    No, I do not know -- do you know what
19   his nickname is.  I might know him by his nickname.
20      Q.    That's fair, but I don't know his
21   nickname.  I don't.
22      A.    Okay.  No, off the top of my head, I do
23   not know who he is.
24      Q.    Okay.  And then is it fair to say you
```