```
 1            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                      EASTERN DIVISION

 3   OSBALDO J. NICOLAS,           )
                                   )
 4               Plaintiff,        )
                                   )
 5        vs.                      )   No. 15 CV 0964
                                   )
 6   NATHAN BERRY; WILLIAM         )
     QUALLS; JUSTIN SNELL;         )
 7   MATHEW PURDOM; ROBERT         )
     HUGHES; JASON HART;           )
 8   RICHARD HARRINGTON;           )
     KIMBERLY BUTLER; and          )
 9   AIMEE LANG,                   )
                                   )
10               Defendants.       )

11          The videoconference deposition of JASON

12   HART, taken pursuant to the Federal Rules of Civil

13   Procedure, before Kathleen A. Hillgard, Certified

14   Shorthand Reporter No. 084-004093, at 100 West

15   Randolph, 13th Floor, Chicago, Illinois, on

16   Tuesday, June 20, 2017, commencing at 9:34 a.m.

17   pursuant to notice.

18        APPEARANCES:

19             LOEVY & LOEVY, by
               MS. JULIE GOODWIN
20             (311 North Aberdeen Street, 3rd Floor
                Chicago, Illinois  60607
21              312.243.5900
                julie@loevy.com)
22                 appeared on behalf of the plaintiff;

23

24
```

Exhibit 13

JASON HART, 06/20/2017

Page 32

```
 1  he walked into the room on a piece of paper, would
 2  you have maintained that for the file?
 3       A.   Yes.
 4       Q.   Okay.  What file -- or how would you
 5  have put the note into the file?  Would you have
 6  scanned it into the computer or put it in his
 7  inmate file, or how does that work?
 8       A.   We scan it into a -- the computer and
 9  staple it on the back of his ticket that goes into
10  his file.
11       Q.   Now, under Record of Proceedings, it
12  states, Inmate Jose Nicolas pled not guilty to the
13  charges.  Do you see that?
14       A.   Yes.
15       Q.   Do you have any independent
16  recollection of what Inmate Nicolas said to you
17  when he pled not guilty?
18       A.   No, I don't.
19       Q.   Did he make any statements, do you
20  recall, or --
21       A.   No, I don't recall.
22       Q.   Do you recall if he spoke English?
23       A.   No, I don't recall.  No, I don't.
24       Q.   Do you recall if he requested a
```

Urlaub Bowen & Associates, Inc.   312-781-9586

Exhibit 13