**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **OSBALDO JOSE-NICOLAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   Case No.   **3:15-CV-964-NJR-DGW** |
| | ) |
| **NATHAN BERRY, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

**NOTICE AND ORDER**

Take Notice that the above-entitled cause is **SET** for a **Settlement Conference on 6/27/2018 at 9:00 a.m.** before **United States Magistrate Judge Donald G. Wilkerson,** at the **United States District Court, 750 Missouri Avenue, East St. Louis, IL.**

**NOW THEREFORE, IT IS ORDERED** that the Director of the Department of Corrections of the State of Illinois and the Warden of Menard Correctional Center shall arrange to have the plaintiff, **OSBALDO JOSE-NICOLAS, #R72183,** present for the proceedings, as noticed herein and from day to day thereafter until concluded.

**PLAINTIFF'S APPEARANCE IS MANDATORY.   FAILURE TO APPEAR MAY RESULT IN DISMISSAL AND/OR SANCTIONS.   APPEARANCE OF COUNSEL OF RECORD FOR ALL PARTIES IS MANDATORY, IN PERSON, UNLESS EXCUSED BY THE COURT.**

**DATED:      January 17, 2018**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**

*Please contact Jackie Payton, Judge Wilkerson's Courtroom Deputy at 618.482.9376 if you have any questions.*