IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OSBALDO JOSE-NICOLAS #R72183, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15-cv-964-NJR-DGW |
| ) | |
| NATHAN BERRY, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE AND ORDER

**TAKE NOTICE** that the above-entitled cause is set for a civil jury trial before United States District Judge Nancy J. Rosenstengel at the United States District Court, 750 Missouri Avenue, East St. Louis, Illinois.

**NOW THEREFORE, IT IS ORDERED** that the Director of the Department of Corrections of the State of Illinois and the Warden of Menard Correctional Center shall arrange to have **CLAYBORN SMITH #B13485** present for the proceedings, in person, on **Wednesday, August 15, 2018 at 12:00 PM** and from day to day thereafter until concluded. This Court further directs the authorities to permit Mr. Smith to wear civilian clothes provided by plaintiff's counsel during the time that he is to testify in the above-captioned matter.

**FAILURE TO APPEAR MAY RESULT IN DISMISSAL AND/OR SANCTIONS.**

Dated: August 2, 2018

s/ Nancy J. Rosenstengel
**NANCY J. ROSENSTENGEL**
**United States District Judge**