# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

## JOINT Exhibit List

**Style:  Jose-Nicolas v. Berry**

**Case Number:  15-cv-0964**

| Presiding Judge:<br>NANCY J. ROSENSTENGEL | Plaintiff's Attorney:<br>Julie Goodwin<br>Sarah Grady<br>Adair Crosley | Defendant's Attorney:<br>Jeremy Tyrrell<br>Joseph Bracey, Jr. |
|---|---|---|
| Trial Date:<br>August 14-16, 2018 | Court Reporter:<br>STEPHANIE RENNEGARBE<br>BARB KNIEPMANN<br>LAURA ESPOSITO | Courtroom Deputy:<br>DEANA BRINKLEY |
| Interpreters:<br>Maria Laura Angel<br>(AM sessions)<br>Rafael Saloma-Gonzalez<br>(PM sessions) | | |

| Pltf. No. | Deft. No. | Admitted | Description |
|---|---|---|---|
| 1 | | | Inmate Person Property Receipt |
| 2 | | | Affidavit of Edgar Diaz |
| 3 | | | Clayborn Smith Complaint |
| 4 | | | Plaintiff's Grievances |
| 5 | | | Disciplinary Tickets |
| 6 | | | Final Summary Report |
| 7 | | √ | Inmate Injury Report |
| 8 | | √ | Internal Affairs Investigation File (pgs. 1, 2, 3, 4, 5, 8, 9, 10, 11, 12, 13) |
| 9 | | | Snell's Resp to Plaintiff's Interrogatories |
| 10 | | √ | Quall's Resp to Plaintiff's Interrogatories (REDACTED) |
| 11 | | | Purdom's Resp to Plaintiff's Interrogatories |
| 12 | | | Lang's Resp to Plaintiff's Interrogatories |
| 13 | | | Hughes's Resp to Plaintiff's Interrogatories |
| 14 | | | Hart's Resp to Plaintiff's Interrogatories |
| 15 | | | Harrington's Resp to Plaintiff's Interrogatories |
| 16 | | | Berry's Resp to Plaintiff's Interrogatories |
| 17 | | | Harrington Dep in Walker v. Atchison |

| Pltf. No. | Deft. No. | Admitted | Description |
|---|---|---|---|
| 18 | | | Harrington Deposition |
| 19 | | | Snell Deposition |
| 20 | | | Quall Deposition |
| 21 | | | Purdom Deposition |
| 22 | | | Lang Deposition |
| 23 | | | Hughes Deposition |
| 24 | | | Hart Deposition |
| 25 | | | Berry Deposition |
| 26 | | √ | Plaintiff's Medical Records (pgs. 63, 64, 65) |
| 27 | | | Qualls's Lawsuit Documents |
| 28 | | | Income Documents |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | 200 | | Plaintiff's IDOC Medical Records |
| | 200-1 | √ | February 5, 2014 Progress Note |
| | 200-2 | | February 5, 2014 Injury Report |
| | 200-3 | | February 7, 2014 Progress Note |
| | 200-4 | | Dental Notes |
| | 201 | | Plaintiff's February 26, 2014 Grievance |
| | 202 | | Plaintiff's March 2, 2014 Grievance |
| | 203 | | Plaintiff's Complaint (Doc. 1) |
| | 203-1 | | Plaintiff's March 30, 2014 Grievance |
| | 204 | | Adjustment Committee Final Summary Report |
| | 205 | | Plaintiff's Disciplinary Card |
| | 206 | | Plaintiff's Living Unit History |
| | 207 | | Plaintiff's Assignment History |
| | 208 | | Plaintiff's Cumulative Counseling Summary |
| | 209 | | Deposition of Plaintiff |
| | 210 | | Email from Kevin Reichert |
| | 211 | | Investigation Report |
| | 211-1 | | Clayborn Smith Letter |
| | 211-2 | | Lt. Tony Payne Interview |
| | 211-3 | | Nathan Berry Interview |
| | 211-4 | | Justin Snell Interview |
| | 211-5 | | William Qualls Interview |
| | 212 | | Edgar Diaz Disciplinary Reports |

| Pltf. No. | Deft. No. | Admitted | Description |
|---|---|---|---|
| | 213 | | Edgar Diaz Adjustment Committee Report |
| | 214 | | Edgar Diaz Disciplinary Card |
| | 215 | | Edgar Diaz Living Unit History |
| | 216 | | Edgar Diaz Assignment History |
| | 217 | √ | Qualls's Incident Report |
| | 218 | | Qualls's Disciplinary Report |
| | 219 | | Snell's Disciplinary Report |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |