IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| OSBALDO JOSE-NICOLAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 15-cv-964-NJR-DGW |
| | ) | |
| NATHAN BERRY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION FOR RELEASE OF EXHIBITS

It is hereby stipulated by and between Plaintiff and Defendants, through their respective attorneys, that the exhibits tendered in the above-styled matter be released to the care, custody and control of the attorney of record for each party, until final judgment, appeal or motion for new trial has passed.

It is further stipulated that the undersigned attorneys are designated as custodians of the exhibits listed on the Exhibit List, and that upon request of the Clerk of Court, they shall deliver said exhibits to the Clerk forthwith.

_____
Attorney for Plaintiff

_____
Attorney for Defendants