IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

OSBALDO JOSE-NICOLAS,           )
                                )
              Plaintiff,        )
                                )
vs.                             )   Case No. 15-CV-964-NJR-DGW
                                )
NATHAN BERRY, WILLIAM QUALLS,   )
JUSTIN SNELL, MATTHEW PURDOM,   )
AIMEE LANG,                     )
                                )
              Defendants.       )

# JURY VERDICT FORM

We, the jury, find as follows on the claims of Plaintiff Osbaldo Jose-Nicolas against the Defendants, Nathan Berry, William Qualls, Justin Snell, Matthew Purdom, and Aimee Lang:

(*For each line, place an "x" on the line for the person for whom you find.*)

1. **Excessive Force**

For Plaintiff: _____        For Defendant Berry:  __X__

For Plaintiff: __X__             For Defendant Qualls: _____

2. **Failure to Intervene**

For Plaintiff: __X__             For Defendant Berry: _____

For Plaintiff: __X__             For Defendant Qualls: _____

For Plaintiff: __X__             For Defendant Snell: _____

For Plaintiff: _____        For Defendant Purdom: __X__

1

3. **Denial of Adequate Medical Care**

For Plaintiff: __X__          For Defendant Berry: _____

For Plaintiff: __X__          For Defendant Qualls: _____

For Plaintiff: _____         For Defendant Snell: __X__

For Plaintiff: _____         For Defendant Purdom: __X__

For Plaintiff: __X__          For Defendant Lang: _____

4. **Wanton and Willful Conduct**

For Plaintiff: __X__          For Defendant Berry: _____

For Plaintiff: __X__          For Defendant Qualls: _____

For Plaintiff: __X__          For Defendant Snell: _____

For Plaintiff: _____         For Defendant Purdom: __X__

For Plaintiff: __X__          For Defendant Lang: _____

*(Please complete the following section ONLY if any of the above findings are in favor of Mr. Nicolas. If all of the above findings are in favor of all of the Defendants, go to page 4 and sign and date this form.)*

**Compensatory Damages:**

We, the jury, award Plaintiff Osbaldo Jose-Nicolas compensatory damages in the amount of:

$ __1,000.00__

2

*(Please complete the following section ONLY if you assess punitive damages against one or more of the individual Defendants.)*

**Plaintiff's Claims for Punitive Damages:**

We, the jury, award Plaintiff Osbaldo Jose-Nicolas punitive damages against the Defendant, Nathan Berry, in the amount of:

$ __1,000.00__

We, the jury, award Plaintiff Osbaldo Jose-Nicolas punitive damages against the Defendant, William Qualls, in the amount of:

$ __200,000.00__

We, the jury, award Plaintiff Osbaldo Jose-Nicolas punitive damages against the Defendant, Justin Snell, in the amount of:

$ __100.00__

We, the jury, award Plaintiff Osbaldo Jose-Nicolas punitive damages against the Defendant, Matthew Purdom, in the amount of:

$ __0__

We, the jury, award Plaintiff Osbaldo Jose-Nicolas punitive damages against the Defendant, Aimee Lang, in the amount of:

$ __50,000.00__



Dated: August, 16, 2018.

4