IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **OSBALDO JOSE-NICOLAS,** | |
| **Plaintiff,** | |
| v. | Case No. 15-CV-00964-NJR-GCS |
| **NATHAN BERRY,** *et. al.*, | |
| **Defendants.** | |

# AMENDED JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that Defendants S. Hill, Marvin Bochantin, and Linda Carter were **DISMISSED** by the filing of an amended complaint (Doc. 15).

    **IT IS FURTHER ORDERED AND ADJUDGED** that Defendant Unknown Menard Physician was **DISMISSED** by the filing of an amended complaint (Doc. 50).

    **IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Order dated July 8, 2016 (Doc. 64), Defendants Wexford Health Sources, Inc. and John Trost were **DISMISSED without prejudice**.

    **IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Order dated December 30, 2016 (Doc. 80), Defendant Kimberly Butler was **DISMISSED with prejudice**.

    **IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Order dated March 2, 2018 (Doc. 127), Defendant Richard Harrington was **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to the Order entered on May 2, 2019 (reflecting that this case has settled in its entirety) (Doc. 240), the Court **VACATES** the previously entered Clerk's Judgment (Doc. 207) on the jury's verdict which was entered on August 20, 2018, and this entire action is **DISMISSED with prejudice**.

DATED:   February 11, 2020

                                      MARGARET M. ROBERTIE,
                                      Clerk of Court

                                      By:   s/ *Deana Brinkley*
                                                **Deputy Clerk**

APPROVED:   s/ *Nancy J. Rosenstengel*
                    NANCY J. ROSENSTENGEL
                    **Chief U.S. District Judge**